1
2
3
4
5
6
7
8                                  UNITED STATES DISTRICT COURT
9                                CENTRAL DISTRICT OF CALIFORNIA
10
11   CARL STANLEY BROWN,                   )        NO. CV 14-7071-SJO (AGR)
12            Petitioner,                  )
13            v.                           )
14   SUPERIOR COURT, COUNTY OF             )        ORDER ACCEPTING FINDINGS
     LOS ANGELES,                          )        AND RECOMMENDATION OF
15                                         )        UNITED STATES MAGISTRATE
                                           )        JUDGE
16            Respondent.                  )
17   _____)
18
19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

20   records on file herein, and the Report and Recommendation of the United States

21   Magistrate Judge.  Petitioner has not filed any Objections to the Report.  The

22   Court accepts the findings and recommendation of the Magistrate Judge.

23          IT IS ORDERED that judgment be entered (1) granting Respondent's

24   motion to dismiss; and (2) directing that judgment be entered denying the petition

25   for lack of jurisdiction.

26

27   DATED: July 11, 2015.                        _S. James Otero_

                                              _____
28                                                     S. JAMES OTERO
                                                 United States District Judge