1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10  CARL STANLEY BROWN,                )        NO.  CV 14-7071-SJO (AGR)
                                       )
11              Petitioner,            )
                                       )        JUDGMENT
12      v.                             )
                                       )
13  SUPERIOR COURT, COUNTY OF          )
    LOS ANGELES,                       )
14                                     )
                Respondent.            )
15  _____   )

16

17       Pursuant to the Order Accepting Findings and Recommendation of United

18  States Magistrate Judge,

19       IT IS ADJUDGED that (1) Respondent's motion to dismiss is granted; and (2)

20  directing that judgment be entered denying the petition for lack of jurisdiction.

21       July 11, 2015.

22  DATED: _____        _____
                                                   S. JAMES OTERO
23                                              United States District Judge

24
25
26
27
28